**Tammy Brauner**
District Clerk
Washington County



56,734-04

100 East Main Street
Suite 304
Brenham, Texas 77833-3753
(979) 277-6200

November 25, 2015

Court of Criminal Appeals
Capitol Station
P.O. Box 12308
Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEA⋯

DEC 03 2015

Abel Acosta, Clerk

In Re: Cause No. 11,220 THE STATE OF TEXAS VS. DARRELL WAYNE HOGAN,
      Criminal Court of Appeals No. WR-56,734-04

To Whom it May Concern:

The "Order on Application for a Writ of Mandamus Cause No. 11,220 In the 21st District Court from Washington County" was filed with my office today November 25, 2015.

Our records do not show that an "Application for Writ of Habeas Corpus" was filed by Mr. Hogan.

There are two documents in his file that were filed this year, 2015. The first document was filed September 28, 2015, titled "Motion: For Forensic DNA Testing Pursuant To Texas Code of Criminal Procedure Art.64.01 (A) (1) and right to Appointed Counsel Pursuant to Criminal Code of Procedure Article 64.01 and the second document was filed November 17, 2015, titled "State's Reply to Motion for Forensic DNA Testing Pursuant to 64.01 Texas Code of Criminal Procedure". Please see copies attached. This is the only documentation filed in his case since December 07, 2010.

My office makes every effort to make sure files are handled promptly and correctly so I am not sure what would or could have happened to Mr. Hogan's application for writ of habeas corpus.

Please let me know if there is anything else I need to do to assist in this matter.

Sincerely,

Tammy Brauner

Tammy Brauner, District Clerk
Washington County, Texas

*An Equal Opportunity Employer and Provider of Services*

September, 23 2015

PRO SE APPLICANT:
DARRELL W. HOGAN
#1014834
Polunsky Unit
3872 FM 350 SOUTH
Livingston Texas
77351
MAILING ADDRESS

INRE:CRIMINAL CAUSE No 11220
in the 21st Judicial District
Court for Washington County Texas

MOTION:FOR FORENSIC DNA

CLERK
TAMMY BRAUNER
100 E.Main St Rm 304
Brenham Texas 77836

      Clerk of court please find enclosed
the following legal document to be filed on the courts docket
for the 21st Judicial District Court of Washington County Texas
as follows;

      motion for forensic dna Testing Pursuant to
      TEXAS CODE OF CRIMINAL PROCEDURE ART 64.01 (A) (1) and
      Right to Appointed Counsel Pursuant to Criminal
      Code of Procedure ARTICLE ¢$.)! (a) (C)

Please file this on the courts Docket in the above cause and
provide me with a Clerk Post mark return receipt of its filing
date.Thank you for your professional assistance in this matter.
      Sincerely

DARRELL W. HOGAN

*Darrell Hogan*

FILED
'T 11:00 O'CLOCK Q M

SEP 28 2015
TAMMY BRAUNER
District Clerk, Washington County
By_____Deputy

21st JUDICIAL DISTRICT COURT

WASHINGTON COUNTY TEXAS

PRO SE APPLICANT:                §         CAUSE No 11,220
DARRELL W.HOGAN
VS
THE STATE OF TEXAS               §
  RESPONDENT


                                 §


        MOTION:FOR FORENSIC DNA TESTING PURSUANT TO
               TEXAS CODE OF CRIMINAL PROCEDURE ART.64.01
               (A) (1) and right to Appointed Counsel
               Pursuant to CRIMINAL CODE OF PROCEDURE
               ARTICLE 64.01 (a) (C)

TO THE HONORABLE JUDGE OF SAID COURT:
Comes now Darrell W.Hogan the pro se applicant in the above
cause and would present the following:

I.

PROCEDURAL HISTORY

The pro se applicant darrell W.Hogan named in the above cause
number was convicted for the Offense of Unlawfully Carrying a
Firearm while on a License Premise and by Involuntary Plea
and Ineffective Assistance of Trial counsel did receive a
10 Year Prison term after 10 Year probation term was revoked.

II.

The pro se applicant Darrell W.Hogan was arrested along with
Reggie watson under charge of Attempted Murder,while detained
Detective Ken Hughes COERCED the Applicant Darrell W.Hogan to
(A) Sign signature to an incriminating STATEMENT that Detective
Ken Hughes himself had wrote which alleged that applicant
Darrell W.Hogan possessed a 38 CALIBER PISTOL IN HIS WAIST BAND
AND PROVIDED REGGIE WATSON WITH THIS EXACT FIREARM ON THE DATE

-1-

OF APRIL 19,1992,This firearm was alleged to have been used by Reggie watson in criminal offense of Aggravated assault with a deadly weapon.Point One;COERCION:Detective Ken hughes coerced the applicant Darrell wayne Hogan that if he did not sign the incriminating statement which Detective Ken Hughes wrote that he Darrell W.Hogan would be prosecuted at the age of 17 years old for Attempted Murder and the same would apply if the applicant did not make an INVOLUNTARY PLEA.

## III.

POINT TWO:DETECTIVE KEN HUGHES WAS LATER DISCOVERED FOR HIS CRIMINAL MISCHIEF ACTS BY THE STATE OF TEXAS,where while acting under color code of Law Detective Ken hughes was terminated as Public servant Detective for stealing/Theft of Money property.

## IV.

ACTUAL INNOCENCE:The applicant Darrell W.Hogan is actual innocent and would not have entered any Involuntary Plea if was not for Detective Ken Hughes Coercion;Trial Counsels Ineffective Assistance in failure to subpeona Reggie watson for testimony of the material facts related to this cause number 11,220 and for the applicants legal incompetence,and lack of english literacy skill in grammer which impeded his ability to know at the time what Detective Ken hughes had wrote on the incriminating STATEMENT AND THAT HE THE APPLICANT DARRELL W.Hogan had a due process right that protected him from involuntary Plea by coercion.

## V.

### EXCULPATORY MATERIAL

REGGIE WATSON HAS COME FORTH and under Oath and affirmation has provided a SWORN AFFIDAVIT which materialy attest to the facts that he never obtained a FIREARM 38 Caliber Pistol from the applicant darrell W.Hogan on April 19 1992 while at PETE'S PLACE LOCATED ON COUNTY RD 96 WASHINGTON COUNTY TEXAS[1].

---

[1] see Reggie Watson attached sworn affidavit NOTARIZED september 2015 A.D.

-2-

## VI.

Inlight of Detective Ken Hughes criminal act of coercing the
applicant to involuntary sign a Statement that he had wrote
himself with false information,and where the Public Record
provide other criminal Acts of theft committed by Detective
Ken Hughes,the Court has held under Giglio V United SATTES
405 U.S. 150 151-52 that no false statement may be used to
convict a person and that the UNITED STATES 14TH CONSTITUTIONAL
AMENDMENT FORBID UNLAWFUL CONVICTION OF ACTUAL INNOCENT PERSON.

## VII.
### LEGAL AUTHORITIES

Pursuant to CRIMINAL CODE OF PROCEDURE ARTICLE 64.02 Notice to
the STATE;

(a) ON RECEIPT OF THE MOTION,the Convicting court shall;

(1)Provide the attorney representing the state to take one of the
following actions in response to the motion not LATER than the
60  TH DAY AFTER the date the motion is served on the attorney
representing the state;

(A) DELIVER the evidence to the court,along with a description
of the condition of the evidence or;

(B) EXPLAIN in writing to the court why the state cannot deliver
the evidence to the court;

## VIII.
### PRODUCTION DNA FORENSIC REQUESTED

Pursuant to TEXAS CODE OF CRIMINAL PROCEDURE ARTCILE 64.01 (a) /
(1) The applicant Darrell W.Hogan request that The state produce
the 38 CALIBER PISTOL named in cause number 11,220.further produce
(2) All fingerprints,blood samples hair follicle that makes a
MACTH TO THE APPLICANTS DARREL W.HOGAN PHYSICAL DNA ON THE
WEAPON NAMED 38 CALIBER PISTOL FIREARM.

## IX.
### REQUESTED RELIEF

Wherefore the applicant Darrell W.Hogan prays this court grant
relief of withdrawing involuntary plea entered in this cause;
appointing COURT APPOINTED COUNSEL REPRESENTATION FOR APPLICANT

pursuant to C.C.P ARTICLE 64.01 (2) (C)

EXECUTED ON THIS THE 23 DAY OF September 2015        s/ Darrell Hogan

## UNSWORN DECLARATION

CIVIL PRACTICE AND REMEDIES CODE SECTION 132.000-132.003

I DARRELL W.HOGAN #1014834 Whom is the pro se applicant and whom is LOCATED at the POLUNSKY UNIT at 3872 FM 350 SOUTH LIVINGSTON TEXAS 77351 do swear under the penalty of perjury that the following and foregoing legal document to-wit Motion FOR FORENSIC DNA TESTING AND ITS ATTACHMENT OF DECLARANT AND AFFIDAVIT ARE TRUE AND CORRECT.

EXECUTED IN THE SAME ON THIS THE 23 DAY OF September 2015.

S/ _Darrell Hogan_
PRO SE APPLICANT

DARRELL W.HOGAN #1014834
POLUNSKY UNIT
3872 FM 350 SOUTH
LIVINGSTON TEXAS 77351
MAILING ADDRESS

-4-

IN THE JUDICIAL DISTRICT
21st DISTRICT
WASHINGTON COUNTY TEXAS


DECLARANT/AFFIANT:          CAUSE No 11220
DARRELL W.HOGAN
VS


UNSWORN DECLARANT/AFFIANT
PURSUANT TO CIVIL PRACTICES AND REMEDIES CODE
§132.000-132.003


I Darrell W.Hogan am of sound mind,sane over the age (18)
EIGHTTEEN AND CAPABLE OF MAKING OUT THIS DECLARATION AS AFFIANT
UPON MY OWN FREE WILL AND NO ATTEST TO THE FOLLOWING:


I DARRELL W.HOGAN AM ACTUAL INNOCENT OF THE OFFENSE OF POSSESSION
OF FIREARM ON A LICENSE PREMISES IN CAUSE NUMBER 11220 FOR WHICH
I WAS CONVICTED BY AN INVOLUNTARY PLEA GIVEN UNDER COERCION OF
DETECTIVE KEN HUGHES who threatened that if I did not enter a
PLEA AND SIGN A INCRIMINATING STATEMENT THAT HE DETECTIVE KEN
HUGHES HAD WROTE HIMSELF THAT I WOULD BE RETALIATED ON BY FACING
CRIMINAL PROSECUTION FOR ATTEMPTED MURDER CHARGE WHICH I AND
REGGIE WATSON WAS ARRESTED AND INITIALLY DETAINED FOR.I DARRELL
W.HOGAN DO FURTHER ATTEST THAT ON APRIL 19 1992 WHILE ON PREMISES
OF PETE'S PLACE COUNTY Rd 96 IN WASHINGTON COUNTY TEXAS that I
NEVER POSSESSED ANY FIREARM ,38 CALIBER PITSOL and NEVER PROVIDED
REGGIE WATSON WITH ANY FIREARM,THIS WAS AN INCRIMINATING
STATEMENT MADE BY DETECTIVE KEN HUGHES,Who was later discovered
inFURTHER CRIMINAL ACTS OF THEFT AS A PUBLIC SERVANT DETECTIVE
AND TERMINATED FOR THE SAME BY THE STATE OF TEXAS.My involuntary
plea under coercion was at a time when Iwas not literate nor
legally competent to understand WHAT DETECTIVE KEN HUGHES HAD
WRITTEN IN THAT STATEMENT and that I as a 17 year old had a due
process right that protected me against involuntary plea by
DETECTIVE KEN HUGHES COERCION.REGGIE WATSON HAS NOW COME FORTH
BY OATH AND AFFIRMATION OF SWORN AFFIDAVIT TO ATTEST TO FACTUAL
EVENTS OF APRIL 19 1992 EVENTS WHILE ON PREMISES OF PETES PLACE

-1-

LOCATED AT COUNTY ROAD 96 WASHINGTON COUNTY TEXAS, HIS SWORN AFFIDAVIT IS MATERIAL EXCULPATORY AND HAS BEEN HIGHLIGHTED AND ATTACHED WITH THE ENCLOSED MOTION FOR FORENSIC DNA. I BELIEVE THAT IF MY TRIAL COURT ATTORNEY WOULD HAVE BEEN EFFECTIVE ASSISTANCE IN SUBPEONA FOR REGGIE WATSON AND OBJECTING TO MY INVOLUNTARY PLEA UNDER COERCION THAT THE OUTCOME OF THIS COURT PROCEEDING IN CAUSE NUMBER 11220 would have been different.

AS an Actual innocent person unlawfully convicted under coercion involuntary plea, I hold no bitterness against the state, I seek no Civil action as result either, I only seek that The 21 JUDICIAL COURT OF WASHINGTON COUNTY TEXAS upon its integrity VACATE MY JUDGEMENT AND EXPUNGE THIS CONVICTION UNDER CHAPTER 55 EXPUNGEMENT.

I DECLARE UNDER PENALTY OF PERJURY THAT ALL THE FACTS CONTAINED HEREIN ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

FURTHER DECLARANT/AFFIANT SAYETH NOT.

SIGNED ON THIS 23 DAY OF September 2015 ANNO DOMINII.

S/ _Darrell Hogan_
DECLARANT/AFFIANT
UNDER CIVIL PRACTICE AND
REMEDIES CODE §132.000-
§132.003.

-2-

## SWORN AFFIDAVIT OF REGGIE WATSON

STATE OF TEXAS
COUNTY _____

I REGGIE WATSON RESIDE AT: *1001 Wall St Houston Texas 77088* Iam the affiant aware of all the facts related to Indictment and Conviction Cause number 11,220 which had charged and Convicted Darrell wayne Hogan with possession of 38 Caliber Pistol on premises Licensed and issued a permit by the State of Texas for Sale and Service of Alcoholic Beverages to-wit PETE'S PLACE Located on County Road 96 in Washington County Texas,I hereby declare that iam over the age of 18 years,of sound mind,aware of the penalties for perjury and knowledgeable about the events at issue and I declare,That I was the only person in control and possession of the 38 Caliber Pistol at Petes Place on the date of April 19th _1992_ year A.D.,the 38 Caliber pistol which Darrell Wayne Hogan was charged with being in possession of was never in his possession,that weapon was in my possession at all times on April 19 _1992_ year while at PETES PLACE LOCATED ON COUNTY ROAD 96 WASHINGTON COUNTY TEXAS,IN fact I was arrested with this 38 Caliber Pistol and charged and convicted with the criminal offense of Aggravated assault for its deadly weapon use of it.Although Darrell Hogan was located at PETES PLACE on the exact same day as April 19 _1992_ Year that I was arrested for Aggravated Assault

Darrel Wayne Hogan never had possession of the 38 caliber Pistol and was not a participant in the Aggravated Assault crime that I was convicted for and sentenced.Iam aware that Darrell Wayne Hogan was falsely accused of being in possession of the very same weapon 38 caliber Pistol that I was charged with and convicted of for using in Aggravated Assault.Because of my Employment and other external matters i was not available to provide Darrell wayne Hogan with this Sworn Affidavit at an earlier time of its request.
I Make this Affidavit freely on my own recognizance without any coaching or promises of gain or threat of harm.
FURTHER AFFIANT SAYETH NAUGHT.

REGGIE WATSON

NOTARY PUBLIC
SUBSCRIBED AND SWORN BEFORE ME ON THIS _2_ DAY OF _Sept_ 2015 A.D.
BY: _____ NOTARY PUBLIC

MY COMMISSION EXPIRES: _11/4/2015_

JIM BROWN
Notary Public, State of Texas
My Commission Expires
NOVEMBER 04,2015

CAUSE NO. 11,220

STATE OF TEXAS )( IN THE 21ST DISTRICT COURT

)( OF

DARRELL WAYNE HOGAN )( WASHINGTONCOUNTY, TEXAS.

## STATE'S REPLY TO MOTION FOR FORENSIC DNA TESTING PURSUANT TO 64.01 TEXAS CODE OF CRIMINAL PROCEDURE

COMES NOW, The State of Texas, by and through the District Attorney of Washington County, Texas, and requests the Court deny Petitioner's Motion for the following Reasons:

1. Petitioner has not attached a sworn affidavit to his petition as required by 64.01 (a-1);

2. No evidence that could contain biological evidence was collected in this case. The Underlying case Petitioner was convicted for is "Unlawfully Carrying of a Weapon by a Felon." No evidence was collected that could be tested.

3. Identity was not in question in this case. Petitioner gave a statement to law enforcement that at the time of an attempted murder, another individual had taken a gun from Petitioner's waistband.

WHEREFORE, PREMISES CONSIDERED, the State prays the Court to deny the relief Sought.

Respectfully submitted,

Julie Renken
District Attorney
Washington County, Texas
100 E. Main, Box 303
Brenham, Texas 77833
Bar No. 00794696

FILED
AT 12:20 O'CLOCK P M

NOV 17 2015
TAMMY BRAUNER
District Clerk, Washington County
By_____Deputy

## CERTIFICATE OF SERVICE

A true copy of the above answer has been mailed to Petitioner, Darrell Hogan, No. 1014834, Polunsky Unit, 3872 FM 350 South Livingston, Texas 77351 on this the _____ day of November 2015.


JULIE RENKEN